

FILED

12/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0185

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0185

FILED

DEC 16 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF AN APPOINTMENT OF A
MEMBER TO THE SENTENCE REVIEW DIVISION      O R D E R
OF THE MONTANA SUPREME COURT

The term of the Honorable Dan Wilson as a member of the Sentence Review Division of the Montana Supreme Court expires on December 31, 2020. The Court thanks Judge Wilson for his service.

Pursuant to § 46-18-901, MCA, the expiration of the term of Judge Wilson requires the Chief Justice of this Court to appoint a new member to the Sentence Review Division. Therefore, and with the consent of the appointee,

IT IS ORDERED that the Honorable Dan Wilson of the Eleventh Judicial District Court is reappointed as a member to the Sentence Review Division for a term of three years, expiring December 31, 2023.

The Clerk is directed to provide copies of this Order to the Honorable Dan Wilson, all members of the Sentence Review Division, the State Bar of Montana, the Office Administrator to the Sentence Review Division, and all Montana District Court Clerks.

DATED this 11ᵗʰ day of December, 2020.

For the Court,

_____
Chief Justice